UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Timothy Corcoran,

Plaintiff,

vs.

CERTIFICATE OF READINESS FOR TRIAL

National Railroad Passenger Corporation, a corporation a/k/a Amtrak,

Defendant.

Civ. No. 00-1894(RLE)

* * * * * * * * * * * * * * * * * *

TO: All counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: December 20th, 2001
At Duluth, Minnesota

FILED DEC 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______