UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Timothy Corcoran,

Plaintiff,

vs. **NOTICE OF TRIAL**

National Railroad Passenger Corporation, a corporation a/k/a Amtrak,

Defendant. Civ. No. 00-1894(RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 28th day of January, 2002.

* * *

1. This matter has been scheduled for Trial before a Jury, on a date certain basis, commencing on **Monday, June 17, 2002, at 1:00 p.m.**, in Court Room No. 3, United States Courthouse, 515 W. First St., Duluth, Minnesota. **Counsel are to meet in Chambers at 12:30 p.m., for a Final Pretrial Conference.**

2. Counsel's attention is directed to the Local Rules for the District of Minnesota, specifically, Local Rule 39.1 regarding Trial Practice. Please submit an original and one copy of Pretrial materials referred to in Local Rule 39.1, together with a Trial Brief, directly to Magistrate Judge Raymond L. Erickson, United States Courthouse, Room 412, 515 W. First St., Duluth, MN 55802, by

17

FILED JAN 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

the close of business **Friday, May 31, 2002**. Counsel **MUST PREMARK ALL EXHIBITS** to be used or introduced at Trial in the manner indicated in Local Rule 39.1. Blank exhibit lists may be obtained from the Clerk of Court's Office, 417 United States Courthouse, Duluth, MN 55802, and must be used when compiling your exhibit lists.

3. Objections to exhibits other than rebuttal exhibits or exhibits used exclusively for cross-examination purposes are to be resolved with opposing counsel prior to the first day of Trial. Any objections which are incapable of resolution will be resolved by the Court at the Final Pretrial Conference.

4. Any party intending to file a Motion in limine shall serve and file the same, post-marked no later than **May 31, 2002**, with the Court's copy being directly transmitted to the undersigned at the United States Courthouse, Room 412, 515 W. First St., Duluth, Minnesota 55802. Any party intending to respond to a Motion in limine shall serve and file the same, post-marked no later than **June 7, 2002**, with the Court's copy being transmitted as noted above.

5. At the time of Trial, counsel should be prepared to participate in the Jury's voir dire.

6. A delay or continuance of the Trial date shall only be requested upon formal Notice and Motion. Under no circumstances

will a continuance be deemed justified because of a failure to complete discovery or to take depositions in lieu of Trial testimony.

7. Please contact the undersigned (218-529-3520) immediately if this case is settled.

BY THE COURT:

Raymond L. Erickson
United States Magistrate Judge