UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Timothy Corcoran,

Plaintiff,

vs.

NOTICE OF RULE 16
PRETRIAL/STATUS CONFERENCE

National Railroad Passenger Corporation, a coroporation, a/k/a Amtrak,

Defendant.

Civ. No. 00-1894(RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 12th day of March, 2003.

* * *

A telephonic Rule 16 Pretrial/Status Conference is scheduled for **Friday, March 28, 2003, at 9:30 a.m.,** before Magistrate Judge Raymond L. Erickson. The Court will initiate the telephone conference.

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

MAR 12 2003