THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Timothy Corcoran,

Plaintiff,

vs.

National Railroad Passenger Corporation,
a corporation a/k/a Amtrak,

Defendant.

**STIPULATION AND ORDER FOR DISMISSAL**

Civ. No. 00-1894 (RLE)

---

Plaintiff and Defendant, by and through their respective undersigned attorneys, hereby stipulate that the Court may enter an order dismissing this action with prejudice and without costs to either party.

HUNEGS, STONE, KOENIG, LENEAVE, KVAS & THORNTON, P.A.

By ______________________
William Kvas
Attorneys for Plaintiff
1650 International Centre
900 Second Avenue South
Minneapolis, MN 55402
(612) 339-4511

Dated: July 16, 2003.

RIDER BENNETT, LLP

By ______________________
Max C. Ramsey
Attorneys for Defendant
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-8977

Dated: 7/15, 2003.

76

FILED JUL 21 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs to either party.

DATED: July 21, 2003

BY THE COURT:

Raymond L. Erickson
United States Magistrate Judge